**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 02-01105-1 PCT-RCB |
| Plaintiff, | ) | ORDER |
| vs. | ) | REVOKING SUPERVISED RELEASE |
| Marcus Montalvo, | ) | |
| Defendant. | ) | |

A petition for revocation of supervised release having been filed and hearings held with the defendant and counsel present, and the defendant having previously admitted violations of standard condition #3 paragraph B (1) of the petition,

IT IS ORDERED revoking the defendant's supervised release and the defendant, Marcus Montalvo, shall be committed to the custody of the Bureau of Prisons for a term of **ELEVEN (11) MONTHS**.

IT IS FURTHER ORDERED no further supervised release to follow the prison sentence.

IT IS FURTHER ORDERED **dismissing** allegations A, B (2), C and D.

. . .

1 | The defendant is remanded into the custody of the United States Marshal's Service.
2 | The defendant is advised of his right to appeal within 14 days.
3 | DATED this 26th day of January, 2012.

_____
Robert C. Broomfield
Senior United States District Judge